**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 20 EAL 2018
:
Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
ANTWINE REID, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.